Eric Joseph DePAOLA, Plaintiff–
Appellant,

v.

James WADE, Food Services Director;
B. Osbourne, Food Services Worker;
Lafayette Fleming; Tracey S. Ray;
John Garman, Regional Director, De-
fendants–Appellees.

No. 15–7135.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 20, 2015.

Decided Oct. 23, 2015.

Eric Joseph DePaola, Appellant Pro Se.
John Michael Parsons, Assistant Attorney
General, Richmond, Virginia, for Appel-
lees.

Before MOTZ, KEENAN, and
THACKER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Eric Joseph DePaola appeals the district
court's order denying his motion for relief
from judgment under Fed.R.Civ.P.
60(b)(4), (5), (6). We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm for the reasons stated
by the district court. *See DePaola v.
Wade,* No. 7:11–cv–00198–SGW–RSB, 2015
WL 4164833 (W.D.Va. entered July 7,
2015, filed July 9, 2015). We dispense

with oral argument because the facts and
legal contentions are adequately presented
in the materials before this court and ar-
gument would not aid the decisional pro-
cess.

*AFFIRMED.*